IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-129-MEO-DCK *SEALED*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA, ex rel. RACHEL TENNEY,** | ) | |
| **Plaintiff-Relator,** | ) | **ORDER** |
| **v.** | ) | |
| **HONEYWELL INTERNATIONAL, INC.,** | ) | |
| **Defendant.** | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "United States' Notice Of Election To Intervene In Part And Consent Request To Unseal Redacted Complaint" (Document No. 51) filed August 18, 2026. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

The United States has intervened in part of this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), and requests that the Court to unseal a redacted version of the Relator's Complaint (Document No. 51-2). Having carefully considered the motion and the record, and noting consent of the Relator and Defendant, the undersigned will grant the request to unseal the redacted Complaint.

**IT IS, THEREFORE, ORDERED** that the "United States' Notice Of Election To Intervene In Part And Consent Request To Unseal Redacted Complaint" (Document No. 51) is **GRANTED**.

**IT IS FURTHER ORDERED** that:

(1) the "United States' Notice Of Election To Intervene In Part And Consent Request To Unseal Redacted Complaint" (Document No. 51); the redacted Complaint (Document No. 51-2); and this Order shall be **UNSEALED**;

(2) All other papers and Orders on file in this matter, including the original *qui tam* Complaint (Document No. 2), shall remain **SEALED** until further Order of the Court.

**SO ORDERED**.

Signed: August 21, 2026

David C. Keesler
United States Magistrate Judge